UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO.: 4:11-CV-46-D

| | |
|---|---|
| PRUCO LIFE INSURANCE CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER DIRECTING |
| v. | ) DISBURSEMENT OF FUNDS |
| | ) AND DISMISSIMG ACTION |
| LESLYE L. COOLEY and | ) |
| PRESTON F. GARRIS, | ) |
| | ) |
| Defendants. | ) |

THIS CAUSE CAME TO BE HEARD on the joint Motions of the Defendants and Cross-Claimants Leslye L. Cooley and Preston F. Garris to disburse funds held in escrow by this Court and to dismiss the case. After reviewing the matters in the record this Court is of the opinion that the Motion should be granted.

It is, therefore, ORDERED:

1. That from the funds being held in escrow by this Court in connection with this action the Clerk shall disburse the sum of $115,000 to Glenn Barfield, attorney for Preston F. Garris.

2. From the funds held in escrow pursuant to this action the Clerk shall disburse the sum of $104,064.25 to John N. Hutson, Jr., attorney for Leslye L. Cooley.

3. The claims of Defendant and Cross-Claimant Leslye L. Cooley are hereby dismissed with prejudice.

4. The claims of Defendant and Cross-Claimant Preston F. Garris are hereby dismissed with prejudice.

5. Each party shall bear his or her own attorneys' fees and costs.

ENTERED, this **21** day of May, 2013.

By: _____
James C. Dever, III
Chief United States District Judge